No. 10–9050. ALEXANDER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–9051. BERTHEY *v.* HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9057. DOUGLAS *v.* WOODS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–9062. WINFIELD *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 10–9065. JOHNSON *v.* HEDGPETH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–9066. BULL *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–9067. ADAMS *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–9071. COTTMAN *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 10–9072. CARTER *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–9103. JENKINS *v.* BODISON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–9105. JOHNSON *v.* FRAKES, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 10–9115. BOYD *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–9121. MCGEE *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 10–9122. DANIEL *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 10–9127. VALENTE *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.